Robert B. Jobe (State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 150
San Francisco, CA 94108
Tel: (415) 956-5513

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYAW KYAW AUNG, ET AL., | ) | No. CV 05-1729-DFL-PAN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MOTION FOR VOLUNTARY |
| v. | ) | DISMISSAL OF COMPLAINT |
| | ) | WITHOUT PREJUDICE |
| U.S. CITIZENSHIP AND | ) | [AND] PROPOSED ORDER |
| IMMIGRATION SERVICES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Civil Local Rule 7, Kyaw Kyaw Aung ("Mr. Aung"), Khine Khine Oo ("Ms. Oo"), Zaw Khine Aung ("Zaw") and Hnin Wityee Aung ("Hnin") through counsel, request that their mandamus complaint currently pending before the Court be dismissed without prejudice. Subsequent to the filing of his mandamus complaint, the I-730 petitions filed by Mr. Aung on behalf of his wife and children were approved. See Att. A (I-730 Approval Notices). Therefore, Plaintiffs are no longer alleging that the U.S. Citizenship and Immigration Services is illegally delaying the adjudication of Mr. Aung's I-730 petitions.

*Motion for Voluntary Dismissal*

1   WHEREFORE, Plaintiffs pray that this Court allow them to
2 voluntarily dismiss their mandamus complaint, without prejudice.

4 DATED: October 14, 2005              /s/
                                       _____
5                                      Robert B. Jobe
                                       LAW OFFICE OF ROBERT JOBE
6                                      550 Kearny Street, Ste. 150
                                       San Francisco, CA 94108
7                                      (415) 956-5513

                                       Attorney for Plaintiffs

**ORDER**

   Pursuant to this Motion, IT IS SO ORDERED.

Dated: October 19, 2005

                        /s/ David F. Levi
                        _____
                        DAVID F. LEVI
                        Chief United States District Judge

*Motion for Voluntary Dismissal*